NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**DIGITAL ALLY, INC.,**
*Plaintiff-Appellant*

**v.**

**TASER INTERNATIONAL, INC.,**
*Defendant-Appellee*

_____

2017-2296

_____

Appeal from the United States District Court for the District of Kansas in No. 2:16-cv-02032-CM-TJJ, Judge Carlos Murguia.

_____

**JUDGMENT**

_____

JAMES F.B. DANIELS, McDowell, Rice, Smith & Buchanan, PC, Kansas City, MO, argued for plaintiff-appellant.

PAMELA BETH PETERSEN, Axon Enterprise, Inc., Scottsdale, AZ, argued for defendant-appellee. Also represented by JOHN D. GARRETSON, LYNN C. HERNDON, Shook, Hardy & Bacon, LLP, Kansas City, MO.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (WALLACH, MAYER, and TARANTO, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

  May 2, 2018  
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court